## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KIM MCCLOUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0818-CG-C |
| | ) |
| JOHN E. POTTER, Postmaster General | ) |
| United States Postal Service, | ) |
| | ) |
| Defendant. | ) |

## ORDER

By order of April 2, 2008 (Doc. 12), plaintiff was directed to file her response to the defendant's motion to strike punitive damages by April 14, 2008.  The order warned that if a response was not filed, said failure to respond  would be construed as no opposition to the motion and would result in the granting of the motion.  Plaintiff has not filed a response in opposition.

Accordingly, the motion is hereby **GRANTED** and plaintiff's punitive damages claims will are **DISMISSED**.

**DONE AND ORDERED** this 25th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE