IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIM MCCLOUD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs | )    CIVIL ACTION NO. 07-0818-CG-C |
| | ) |
| JOHN E. POTTER, Postmaster General, | ) |
| United States Postal Service, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. 19), it is **ORDERED, ADJUDGED, and DECREED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear her, or its own respective costs.

**DONE and ORDERED** this 20th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE